**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| RED ROOF INNS, INC., et al., | Case No. 2:25-cv-00352 |
| Plaintiffs, | Chief Judge Sarah D. Morrison |
| | Magistrate Judge Chelsey M. Vascura |
| vs. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | |
| Defendant. | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendant Liberty Mutual Fire Insurance Company ("Liberty") appeals to the United States Court of Appeals for the Sixth Circuit from the Order entered in this action on March 19, 2026, granting Plaintiffs' Partial Motion for Judgment on the Pleadings (ECF No. 41), which has the "'practical effect' of granting . . . an injunction" as it grants judgment for Plaintiffs on the claims for which they have requested injunctive relief and orders Liberty to provide a defense to Plaintiffs, and further because the Order "threaten[s] serious and perhaps irreparable harm if not immediately reviewed" as Plaintiffs have demanded that Liberty immediately contribute to past and future defense expenses. *Abbott v. Perez*, 585 U.S. 579, 594 (2018); *see* 28 U.S.C. § 1292(a)(1); *Carson v. Am. Brands*, 450 U.S. 79, 84 (1981); *Abercrombie & Fitch Co. v. Fed. Ins. Co.*, 370 F. App'x 563, 567–68 (6th Cir. 2010).

Dated:  April 3, 2026

Respectfully submitted,

*/s/ Laura M. Faust*

Laura M. Faust (59494)
lfaust@ralaw.com
Emily K. Anglewicz (83129)
eanglewicz@ralaw.com
ROETZEL & ANDRESS
222 South Main Street, Suite 400
Akron, OH  44308
Telephone: 330.376.2700
Facsimile: 330.376.4577

*Of Counsel*:
Nancy D. Adams (*pro hac vice*)
NDAdams@mintz.com
Alec J. Zadek (*pro hac vice*)
AZadek@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: 617.542.6000

Alexandra G. Gallo-Cook (*pro hac vice*)
LGalloCook@mintz.com
Allison R. Radocha (*pro hac vice*)
ARadocha@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, NY 10022
Telephone: 212.935.3000

*Attorneys for Defendant*,
*Liberty Mutual Fire Insurance Company*

2

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically in accordance with the Court's ECF Guidelines this 3rd day of April 2026. Notice of this filling will be sent by operation of the Court's ECF system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Laura M. Faust*
Laura M. Faust
Emily K. Anglewicz